C. Craig Woo (SBN 128783)
Karen S. Eneas (SBN 235040)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017
Telephone:   (213) 689-0404
Facsimile:    (213) 689-0430
wooc@jacksonlewis.com
karen.eneas@jacksonlewis.com

Attorneys for Defendants
ECOLAB INC. and GCS SERVICE, INC.

Samuel A. Wong, (SBN 212104)
Erin W. Kendrella (SBN 273504))
AEGIS LAW FIRM, P.C.
9811 Irvin Center Dr., Suite 100
Irvine, CA 92618
Tel:  (949) 379-6250
Fax:     (949) 379-6251
swong@aegislawfirm.com
ekendrella@aegislawfirm.com

Attorneys for Plaintiff
Paul Casey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CASEY, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ECOLAB INC., a corporation and GCS SERVICE, INC., a corporation,<br><br>　　　　　Defendants. | CASE NO. 2:14-cv-04085 GW (PLAx)<br><br>[Assigned to the Hon. George Wu, Courtroom 101]<br><br>**PROTECTIVE ORDER**<br><br>Complaint Filed:   April 17, 2014<br>FAC Filed:         August 5, 2014 |

/ / /

/ / /

1    [PROPOSED] PROTECTIVE ORDER

# [PROPOSED] PROTECTIVE ORDER

Upon review of the Joint Stipulation entered into by and between the Parties in the above-referenced action, and good cause appearing therefore,

IT IS HEREBY ORDERED that the foregoing Joint Stipulation and Protective Order Re: Confidential Mediation Materials is hereby approved and that the Parties and all persons are required to act in compliance therewith.

Dated: January 12, 2015  _____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE