JS-6

Mia Farber (SBN 131467)
Karen S. Eneas (SBN 235040)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
(213) 689-0404 – Office
(213) 689-0430 – Fax
farberm@jacksonlewis.com
karen.eneas@jacksonlewis.com

Attorneys for Defendant
GCS SERVICE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CASEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ECOLAB INC., a corporation entity and GCS Service, Inc. a corporation,<br><br>Defendants. | Case No.: 2:14-cv-04085 GW (PLAx)<br><br>**STIPULATION OF DISMISSAL** |

    Pursuant to the Federal Rules of Civil Procedure, rule 41, it is hereby stipulated by and between Plaintiff Paul Casey and Defendants GCS Service, Inc. and Ecolab, Inc., through their attorneys of record, that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties.

    Each party shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: March 31, 2015 | AEGIS LAW FIRM, P.C. |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | Samuel A. Wong<br>Erin W. Kendrella |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>PAUL CASEY |
| 7 | | |
| 8 | DATED: _____, 2015 | JACKSON LEWIS P.C. |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Mia Farber<br>Karen S. Eneas |
| 12 | | |
| 13 | | Attorneys for Defendants<br>GCS SERVICE, INC. and<br>ECOLAB, INC. |

IT IS SO ORDERED.

DATED: April 17, 2015

*[signature]*
UNITED STATES DISTRICT JUDGE